**BARBARA H. KATZ, CHAPTER 7 TRUSTEE**
**57 TRUMBULL STREET**
**NEW HAVEN, CONNECTICUT 06510-1004**
**TELEPHONE (203) 772-4828**
**FACSIMILE (203) 777-2791**
**E-MAIL barbarakatz@snet.net**

January 13, 2011

2011 JAN 18 PM 1:23

Clerk, United States Bankruptcy Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re: Allen & Delancey, LLC
Chapter 7 Case No. 09-51514 AHWS

Unclaimed Funds

Dear Clerk:

Enclosed are my trustee check(s) for unclaimed funds in the above – captioned estates. Also enclosed is the Court's order pursuant to which these funds were paid to the Debtor on October 7, 2010. Ninety days have passed since that check was issued without it being deposited by the Debtor.

The Debtor's last known address is 563 Riverside Avenue, Westport, Connecticut 06880.

Very truly yours,

Barbara H. Katz

BHK/fdr
enc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

2011 JAN 18 PM 1:23

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| ALLEN & DELANCEY, LLC | : | |
| | : | CASE NO. 09-51514-AHWS |
| DEBTOR(S) | : | |

ORDER TO PAY ABANDONED FUNDS TO DEBTOR

Motion of Barbara H. Katz, Trustee dated August 20, 2010 to pay to the Debtor, Allen & Delancey, LLC abandoned funds of the estate having come before this court after due notice and a hearing and is appearing that the same ought to be granted it is hereby

ORDERED that Barbara H. Katz, Trustee is authorized to pay to the Debtor all funds she has collected in the bankruptcy in the amount of $116.16 plus all accruing interest.

Dated: October 6, 2010

By the court

Alan H. W. Shiff
United States Bankruptcy Judge